IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ORTEGA,<br><br>Defendant. | Case No.: CR 06–00589 BLF<br><br>**ORDER RE: ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

Based on the Stipulation of the Parties in this matter, and the fact that Defendant Daniel Ortega, PFN UMD971, received a sentence of Time-Served, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant. Defendant Ortega will be released from custody forthwith.

IT IS SO ORDERED.

November 22, 2021
_____
Dated

_____
BETH LABSON FREEMAN
United States District Judge